# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ALMA ZAPATA, ET AL.,

    Plaintiffs,

        v.

MAYAGUEZ RESORT & CASINO, INC., ET AL.,

    Defendants.

**Civil No. 13-1851 (SEC)**

## JUDGMENT

In accordance with the parties' "Stipulation for Voluntary Dismissal with Prejudice" (Docket # 18), this case is **DISMISSED with prejudice**.

**SO ORDERED**.

In San Juan, Puerto Rico, this 14th day of May, 2014.

                s/ *Salvador E. Casellas*
                SALVADOR E. CASELLAS
                U.S. Senior District Judge